FRIEDMAN *v.* NEW YORK.

No. 7. Decided June 12, 1967.

*Ira H. Holley* and *Eugene Gressman* for petitioner.
*Frank S. Hogan* for respondent.

PER CURIAM.

The petition for a writ of certiorari is granted and the judgment of the Appellate Term of the Supreme Court of New York, First Judicial Department, is reversed. *Redrup* v. *New York,* 386 U. S. 767.

MR. JUSTICE HARLAN adheres to the views expressed in his separate opinions in *Roth* v. *United States,* 354 U. S. 476, 496, and *Memoirs* v. *Massachusetts,* 383 U. S. 413, 455, and on the basis of the reasoning set forth therein would affirm.